REC'D AUG 3 1 2016

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

ROBERT E. ALLEN) 03738-043 )
(full name)        (Register No). )

                                              ) 16-3363-CV-S-GAF-P
_____                       )
                                              ) Case No._____
        Plaintiff(s).                         )
                                              )
v.                                            )
                                              )
                                              )
TANEY COUNTY CIRCUIT COURT,                   )  Defendants are sued in their (check one):
(Full name)                                   )  ____ Individual Capacity
TANEY COUNTY SHERIFFS DEPT,                   )  ____ Official Capacity
JEFFREY M MERELL      ETAL )                   )  X Both
        Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.   Place of present confinement of plaintiff(s): FCI-GREENVILLE
     P.O. Box 5000   GREENVILLE, IL  62246

II.  Parties to this civil action:
     Please give your commitment name and any another name(s) you have used while
     incarcerated.

     A. Plaintiff ROBERT E ALLEN        Register No. 03738-043
        Address FCI-GREENVILLE          P.O. Box 5000
                GREENVILLE, IL    62246

     B. Defendant TANEY COUNTY CIRCUIT COURT
        Is employed as CIRCUIT COURT FOR TANEY COUNTY MO
        @ 266 MAIN STREET    FORSYTH, MO  65653.

     For additional plaintiffs or defendants, provide above information in same format on a
separate page.

1

# ADDITIONAL DEFENDANT'S

## II (B) CONT'D

DEFENDANT TANEY COUNTY SHERIFF'S DEPT. - EXTRADITION DIVISION (KIMBERLY SCHADE) WHOSE ADDRESS IS P.O. BOX 1005 FORSYTH, MO 65653 AND PHONE NUMBER IS (417) 546-7250

DEFENDANT JEFFREY M. MERRELL - TANEY COUNTY PROSECUTOR WHOSE ADDRESS IS 266 MAIN STREET FORSYTH, MO 65653
C/O THE 38th JUDICIAL CIRCUIT COURT, TANEY COUNTY, MISSOURI

III.   Do your claims involve medical treatment?     Yes ✓   No _____

IV.   Do you request a jury trial?     Yes ✓   No _____

V.   Do you request money damages?     Yes ✓   No _____

State the amount claimed?     $ 1 Million 1 mill (actual/punitive)

VI.   Are the wrongs alleged in your complaint continuing to occur?   Yes ✓  No _____

VII.   Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
(DOES NOT PERTAIN TO THIS FACILITY)   Yes ✓   No _____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?     Yes_____   No ✓

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_____

_____

_____

D. If you have not filed a grievance, state the reasons.
_____DOES   NOT   PERTAIN   TO   THIS   FACILITY_____

_____

VIII.   Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?     Yes_____   No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?     Yes_____   No ✓
(NOT THIS ISSUE)

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
         (Plaintiff)                          (Defendant)
(2) Date filed:_____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____

            (Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____

            (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX.    Statement of claim:

A.    State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

EACH DEFENDANT HAS BEEN INVOLVED IN THIS CASE SINCE JULY 2010 WHEN THE PLAINTIFF FIRST MADE CONTACT WITH MR. MERRELL THROUGH CORRESPONDENCE IN SEPTEMBER 2010 WHILE HOUSED AT THE CHRISTIAN COUNTY JAIL IN OZARK MO. MANY ATTEMPTS TO RESOLVE THIS MATTER HAVE BEEN MADE TO PAY ($1948°°) THIS OFF. TWO(2) ATTEMPTS BY PLAINTIFFS WIFE IN SEPTEMBER & NOVEMBER 2014 WERE MADE TO BRENDA NEAL (THEN CIRCUIT CLERK) AND THE TANEY COUNTY BAD CHECK DIVISION. PLAINTIFF HAS ALSO BEEN WITHIN (7) SEVEN MILES OF TANEY COUNTY, MO (HARRISON, AR) AND TANEY COUNTY "REFUSED" TO COME PICK HIM UP – 9/29/2015.

B.    State briefly your legal theory or cite appropriate authority:

MANY STATE OF MISSOURI LAWS, ETHICS LAWS, OBSTRUCTION OF JUSTICE, MALFEASANCE, MALFEASANCE IN OFFICE AND SEVERAL LAWS HAVE BEEN BROKEN AND ABUSED BY THESE DEFENDANTS

_____
_____
_____
_____

3

X.    Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

(1) # 1 MILLION ACTUAL DAMAGES (2) # 1 MILLION PUNITIVE DAMAGES
(3) DISMISS "ALL" CHARGES (4) CLEAR "ALL WARRANTS" AGAINST
THE PLAINTIFF

XI.   Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.                          NONE

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?          Yes____ No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

_____
_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?
                                          Yes _____   No ✓

If your answer is "Yes," state the name and address of the lawyer.

_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 27TH ____ day of AUGUST ____ 20 16

Robert E. Allen # 03738-043
Signature(s) of Plaintiff(s)

_____

_____

4

'BERT ALLEN #03738-043
DERAL CORRECTIONAL INSTITUTION
O. BOX 5000
REENVILLE, ILLINOIS
          62246

SAINT LOUIS MO 630

29 AUG 2016 PM 5 L

REC'D AUG 31 2016

CLERK,
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
222 N. JOHN Q. HAMMONS PKWY
SPRINGFIELD, MISSOURI
                    65806

LEGAL MAIL

(MAILED 8/28/16)

65806-255950